BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CORNELIA J. GRIGGS,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:10-cv-01469-DAD<br><br>**ORDER** |

    Defendant through his attorney undersigned, moves this Court for an Order granting Defendant a 14-day extension, until December 2, 2011, within which to file his response to Plaintiff's Application for Attorneys Fees Pursuant to the Equal Access to Justice Act (EAJA). This Order is sought on the grounds that the undersigned needs additional time to respond to Plaintiff's arguments.

    On November 21, 2011, Plaintiff's attorney informed the undersigned that she had no objection to this extension request.

///

///

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: November 21, 2011 · BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |

Respectfully submitted,

Dated: November 21, 2011

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: November 22, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\griggs1469.eot

2 - Motion & Order Extending Def's Time